B18W (Form 18W)(08/07)

# United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

**Case Number** 07−33320−KRH
**Chapter** 13

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Edward H Moore | Lisa L Moore |
| 3210 Mill Race Rd. | 3210 Mill Race Rd. |
| Richmond, VA 23234 | Richmond, VA 23234 |

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):
  Debtor: xxx−xx−8268                   Joint Debtor: xxx−xx−8575

Employer Tax−Identification (EIN) No(s).(if any):
  Debtor: NA                            Joint Debtor: NA

## DISCHARGE OF JOINT DEBTORS AFTER COMPLETION
## OF CHAPTER 13 PLAN

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

Edward H Moore and Lisa L Moore are granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated: June 27, 2012                    William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                             United States Bankruptcy Court
                                Eastern District of Virginia
In re:                                                              Case No. 07-33320-KRH
Edward H Moore                                                      Chapter 13
Lisa L Moore
      Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0422-7          User: manleyc               Page 1 of 3                   Date Rcvd: Jun 27, 2012
                              Form ID: B18W               Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2012.
db/jdb        +Edward H Moore,    Lisa L Moore,    3210 Mill Race Rd.,    Richmond, VA 23234-3853
cr            +BMW Bank of North America, Inc. Department,     P.O. Box 201347,    Arlington, TX 76006-1347
7936555      ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,     PO BOX 3608,    DUBLIN OH 43016-0306
              (address filed with court: Bmw Financial Services,      5515 Parkcenter Cir,
                Dublin, OH 43017-0000)
7945355       +BMW Financial Services NA, LLC,     5550 Britton Parkway,    Hilliard, oH 43026-7456
10186435      +BMW Financial Services NA, LLC,     P.O. Box 201347,    Arlington, TX 76006-1347
7936561       +CJW Medical Center,    PO Box 99400,    Louisville, KY 40269-0400
7936558       +Chevron / Texaco Citibank,    Po Box 20374,    Kansas City, MO 64195-0374
7936564       +Fairfield Resorts,    8427 South Park Circle,    Suite 500,    Orlando, FL 32819-9060
8058283        HSBC Bank NA/Direct Merchants Credit Card,     Bank NA by eCAST Settlement Corporation,
                as its agent,    POB 35480,    Newark NJ 07193-5480
8051279        Household Finance Coproration,     by eCAST Settlement Corporation,    as its agent,    POB 35480,
                Newark NJ 07193-5480
7968225       +SUNTRUST MORTGAGE,INC,    BANKRUPTCY DEPARTMENT,    PO BOX 27767,    RICHMOND VA 23261-7767
7936572       +Wffnb/lazboy Mc,    Po Box 94498,    Las Vegas, NV 89193-4498
7936573       +Woodfin Heating Inc,    T/A Woodfin Oil Co.,    PO Box 277,    Mechanicsville, VA 23111-0277
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +EDI: PRA.COM Jun 28 2012 02:03:00      PRA Receivables Management LLC,    POB 41067,
                Norfolk, VA 23541-1067
7936556        EDI: CAPITALONE.COM Jun 28 2012 02:03:00      Capital 1 Bank,    Attn: C/O TSYS Debt Management,
                Po Box 5155,    Norcross, GA 30091-0000
7936557       +EDI: CHASE.COM Jun 28 2012 02:03:00      Chase,   800 Brooksedge Blvd,
                Westerville, OH 43081-2822
7936559       +EDI: CIAC.COM Jun 28 2012 02:03:00      Citi Financial,    Po Box 140069,    Irving, TX 75014-0069
7936560       +EDI: SEARS.COM Jun 28 2012 02:03:00      Citibank / Sears,    P.O. Box 20363,
                Kansas City, MO 64195-0363
7936562       +EDI: CRFRSTNA.COM Jun 28 2012 02:03:00      Credit First,    Bk-16 Credit Operations,
                Po Box 81410,    Cleveland, OH 44181-0410
7951668       +EDI: CRFRSTNA.COM Jun 28 2012 02:03:00      Credit First NA,    PO Box 818011,
                Cleveland, OH 44181-8011
7936563       +EDI: HFC.COM Jun 28 2012 02:03:00      Direct Merchants Bank,    Attn: HSBC Card Member Services,
                Po Box 5246,    Carol Stream, IL 60197-5246
10836959      +EDI: RESURGENT.COM Jun 28 2012 02:03:00      East Bay Funding,    c/o Resurgent Capital Services,
                PO Box 288,    Greenville, SC 29602-0288
7984655       +EDI: TSYS2.COM Jun 28 2012 02:03:00      Federated Retail Holdings, Inc./Hecht’s,
                c/o Tsys Debt Mgmt., Inc.,    PO Box 137,    Columbus, GA 31902-0137
7955538        EDI: RMSC.COM Jun 28 2012 02:03:00      GE Consumer Finance,    PO Box 960061,
                Orlando, FL 32896-0061
8070935        EDI: RMSC.COM Jun 28 2012 02:03:00      GE Money Bank,    PO Box 5010,    Concord, CA 94524-0010
7936565       +EDI: RMSC.COM Jun 28 2012 02:03:00      GEMB / Dillards,    Po Box 103104,    Roswell, GA 30076-9104
7936566       +EDI: RMSC.COM Jun 28 2012 02:03:00      GEMB / Walmart,    Po Box 103106,    Roswell, GA 30076-9106
7936567       +EDI: HFC.COM Jun 28 2012 02:03:00      Hfc - Usa/Beneficial,    Attn: Bankruptcy,    961 Weigel Dr,
                Elmhurst, IL 60126-1058
7936568       +EDI: RMSC.COM Jun 28 2012 02:03:00      Jc Penney,    Ge Money/Attn: Bankruptcy Dept,
                4125 Windward Plaza, Building 300,     Alpharetta, GA 30005-8738
8043642        EDI: RESURGENT.COM Jun 28 2012 02:03:00      LVNV Funding LLC its successors and assigns as,
                assignee of Citibank,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
7936569       +EDI: RMSC.COM Jun 28 2012 02:03:00      Lowes / MBGA,    Ge Consumer Finance,    Po Box 103104,
                Roswell, GA 30076-9104
7936570       +EDI: TSYS2.COM Jun 28 2012 02:03:00      Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
9738316        EDI: PRA.COM Jun 28 2012 02:03:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                Norfolk VA  23541
8092958        EDI: RESURGENT.COM Jun 28 2012 02:03:00      Roundup Funding, LLC,    MS 550,    PO Box 91121,
                Seattle, WA 98111-9221
7936571       +EDI: STF1.COM Jun 28 2012 02:03:00      Suntrust Mortgage,    1001 Semms Ave,
                Richmond, VA 23224-2245
7961415       +EDI: WFFC.COM Jun 28 2012 02:03:00      Wells Fargo Financial National Bank,    4143 121st st,
                Urbandale, IA 50323-2310
8194376        EDI: ECAST.COM Jun 28 2012 02:03:00      eCAST Settlement Corporation,    POB 35480,
                Newark NJ 07193-5480
8051284        EDI: ECAST.COM Jun 28 2012 02:03:00      eCAST Settlement Corporation assignee of,
                GE Money Bank/JC Penney Consumer,    POB 35480,    Newark NJ 07193-5480
                                                                                               TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             SunTrust Mortgage, Inc.
```

```
District/off: 0422-7           User: manleyc                 Page 2 of 3                   Date Rcvd: Jun 27, 2012
                               Form ID: B18W                 Total Noticed: 38

cr*          +East Bay Funding,   c/o Resurgent Capital Services,    PO Box 288,    GREENVILLE, SC 29602-0288
cr*           eCAST Settlement Corporation,    POB 35480,   Newark, NJ   07193-5480
                                                                                            TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 29, 2012**                **Signature:**    /s/ Joseph Speetjens

```
District/off: 0422-7          User: manleyc              Page 3 of 3                  Date Rcvd: Jun 27, 2012
                              Form ID: B18W              Total Noticed: 38
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2012 at the address(es) listed below:
          Carl M. Bates    station01@richchap13.com,
           station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com
          Eric David White    on behalf of Creditor   SunTrust Mortgage, Inc. ewhite@siwpc.com,
           kphares@siwpc.com;mfreeman@siwpc.com;jtalley@siwpc.com;kpittman@siwpc.com;naquilina@siwpc.com;dcarter@siwpc.com;mwentz@siwpc.com;amorris@siwpc.com;klane@siwpc.com;awhite@siwpc.com;thonn@siwpc.com;scarter@siwpc.com;bjordan@siwpc.com
          Richard James Oulton    on behalf of Debtor  Edward Moore southsidedebtlawgroup@gmail.com,
           kimberlyajenkins@gmail.com;thedebtlawgroupmail@gmail.com;;cdd147@gmail.com
                                                                         TOTAL: 3